**Order filed October 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00604-CV
_____

### SCOTT ALEXANDER CLARK, Appellant

### V.

### STEVEN WAYNE CLARK AND ROBERT GEORGE CLARK, Appellees

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-74867-A**

## O R D E R

Appellant's brief was due September 24, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 25, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.